

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton** 312-435-5670
**Clerk**

Date: 5/12/2021

InterdistrictTransfer_FLMD@flmd.uscourts.gov

Re: Tavistock Restaurant Group, LLC v. Zurich American Insurance Company

USDC Case Number: 20cv4364

Dear Clerk:

Pursuant to the order entered by Honorable John F. Kness, on 5/12/21, the above record was

      X      electronically transmitted to Middle District of Florida

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By: /s/ N. Finley
Deputy Clerk

New Case No. _____ Date _____

cc: Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016